UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY T. JONES, | ) | CASE NO. CV07-8284-AHM (JCRx) |
| Plaintiff(s), | ) ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | ) ) | |
| CALIFORNIA INSTITUTION FOR MEN, et al., | ) ) ) | |
| Defendant(s). | ) ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: May 24, 2010

_____
A. Howard Matz
United States District Court Judge

**JS-6**